In the Matter of CITY BANK FARMERS TRUST COMPANY, as Trustee, Appellant and Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents and Appellants.

Argued October 9, 1941; decided November 19, 1941.

*Carter T. Louthan* for petitioner, appellant and respondent.
*John J. Bennett, Jr., Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown),* for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.